# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KWANG HOON SON, and <br> PYONG UK KIM <br> on behalf of themselves and all other <br> Plaintiffs similarly situated known and <br> unknown, <br><br> Plaintiffs, <br> v. <br> COMPREHENSIVE PAIN & <br> REHABILITATION CENTER, LTD., <br> DAVID Y. KIM, YOUNG YUP KIM, <br> CATHERINE Y. CHOI and EDWARD H. KIM <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 15-cv-03758 <br> ) <br> ) Judge Hon. Harry D. Leinenweber <br> ) <br> ) Magistrate Hon. Geraldine Brown <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT ORDER IN A CIVIL CASE

This matter coming to be heard on the plaintiffs' Motion for Entry Consent Judgment, due notice having been given and the Court being advised in the premises, IT IS HEREBY ORDERED;

Judgment is entered in favor of the plaintiffs, Kwang Hoon Son and Pyong Uk Kim against defendants, Comprehensive Pain and Rehabilitation Center, Ltd., David Y. Kim, Young Yup Kim, Catherine Y. Choi and Edward H. Kim, jointly and severally, in the amount of $27,800.00 plus attorney's fees and cost, post judgment interest, and costs of collection.

Enter:

Date: 8/4/16

Ho. Harry D. Leinenweber
United States District Judge

2016 AUG -4 PM 4:50